AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:25-cv-06649 | DATE FILED<br>06/17/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Greta Anthony | Partnerships and Unincorporated Associations<br>Identified on Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 6/17/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1**

**Copyright Registration**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-194**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

---

### Title

Title of Work: Day of Dead Voodoo Doll

### Completion/Publication

Year of Completion: 2022
Date of 1st Publication: March 06, 2022
Nation of 1st Publication: United States

### Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

### Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

### Certification

Name: Daniel Lachman
Date: November 13, 2024

---

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-197**
Effective Date of Registration:
November 25, 2024
Registration Decision Date:
April 18, 2025

## Title

**Title of Work:** Mini Plague Dr, OOAK

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 29, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Greta Anthony
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 13, 2024

**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-198**
Effective Date of Registration:
November 25, 2024
Registration Decision Date:
April 18, 2025

## Title
  Title of Work: Plague Dr, OOAK

## Completion/Publication
  Year of Completion: 2020
  Date of 1st Publication: September 28, 2020
  Nation of 1st Publication: United States

## Author
  - Author: Greta Anthony
    Author Created: sculpture
    Citizen of: United States

## Copyright Claimant
  Copyright Claimant: Greta Anthony
  3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification
  Name: Daniel Lachman
  Date: November 13, 2024

---

  Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-200**
**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

---

## Title

**Title of Work:** Queen of Hearts Voodoo Doll

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 30, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Greta Anthony
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 13, 2024

---

**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-202**
Effective Date of Registration: November 25, 2024
Registration Decision Date: April 18, 2025

## Title

Title of Work: Skull Girl Voodoo

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: June 29, 2021
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-442-204**
Effective Date of Registration:
November 25, 2024
Registration Decision Date:
April 18, 2025

## Title

Title of Work: The Voodoo Doll

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: August 04, 2020
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1

Case: 1:25-cv-06649 Document #: 6 Filed: 06/17/25 Page 9 of 9 PageID #:40

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-442-195**

**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
April 18, 2025

## Title

Title of Work: Voodoo Cat

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: April 24, 2021
Nation of 1st Publication: United States

## Author

- Author: Greta Anthony
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Greta Anthony
3005 SW 211th Ave, Beaverton, OR, 97003, United States

## Certification

Name: Daniel Lachman
Date: November 13, 2024

Copyright Office notes: Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 1