IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Greta Anthony | ) | |
| | ) | Case No. 25-cv-6649 |
| v. | ) | |
| | ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff Greta Anthony seeks entry of Default and Default Judgment against all Defendants excepting Does already dismissed. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: October 21, 2025            Respectfully submitted,


                                   By:   s/David Gulbransen/
                                         David Gulbransen
                                         Attorney of Record

                                         David Gulbransen (#6296646)
                                         Law Office of David Gulbransen
                                         805 Lake Street, Suite 172
                                         Oak Park, IL 60302
                                         (312) 361-0825 p.
                                         (312) 873-4377 f.
                                         david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the October 21, 2025, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendants will also be provided notice on October 21, 2025, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com