# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Greta Anthony ) | |
| ) | Case No. 25-cv-6649 |
| v. ) | |
| ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|-----|-------|-------------|
| 190 | MolyStore | MolyStore |

dismisses them from the suit without prejudice.

Dated: December 24, 2025          Respectfully submitted,


By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com